| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FLOYD RAY ANDERSON, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:25-CV-61
§
SR. WARDEN VILLALOBOS, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Floyd Ray Anderson, an inmate confined at the Jester III Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the action without prejudice for want of prosecution.  To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    SIGNED at Beaumont, Texas, this 20th day of May, 2025.

                                                    MARCIA A. CRONE
                                             UNITED STATES DISTRICT JUDGE